UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CMP-1, LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>CAMELLA ANITA SEYMOUR,<br><br>        Defendant. | Case No. 16-cv-06219-BLF<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE AND REMANDING CASE TO STATE COURT**<br><br>[Re: ECF 5] |

The Court has reviewed the Report and Recommendation ("R&R") of Magistrate Judge Howard R. Lloyd remanding this unlawful detainer action and finding Defendant's motion to proceed in forma pauperis moot. *See* ECF 5.

When reviewing a Report and Recommendation for a nondispositive matter, a court must "set aside any part of the order that is clearly erroneous or is contrary to law." Fed. R. Civ. P. 72(a). For a dispositive matter, like the one at issue here, a court "must determine de novo any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b)(1)(3). *See also* 28 U.S.C. § 636(b)(1). No objections to the R&R have been filed and the deadline to object has elapsed. *See* Fed. R. Civ. P. 72(b)(2) (deadline for objections is fourteen days after being served with report and recommendation); *see* Docket No. 16-6219 (Defendant served with R&R on October 31, 2016).

After reviewing the entire record in this case, the Court finds the R&R correct, well reasoned, and thorough, and adopts it in every respect. Accordingly, the above-titled unlawful detainer action is REMANDED to the Monterey County Superior Court.

**IT IS SO ORDERED.**

Dated: November 18, 2016

_____
BETH LABSON FREEMAN
United States District Judge